tioner in No. 212. *William A. Dougherty, Henry P. Dart, Jr.* and *James Lawrence White* for the Interstate Natural Gas Co., Inc.; *William A. Dougherty* and *James Lawrence White* for the Mississippi River Fuel Corporation; *Edward P. Russell* for the Memphis Natural Gas Co.; and *Forney Johnston* for the Southern Natural Gas Co. et al., respondents. Reported below: 166 F. 2d 796.

No. 110. McComb, Wage & Hour Administrator, *v.* Jacksonville Paper Co. et al. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* and *William S. Tyson* for petitioner. *Louis Kurz* for respondents. ▮▮

No. 121. Black Diamond Steamship Corp. *v.* Robert Stewart & Sons, Ltd. et al.; and

No. 130. United States *v.* Robert Stewart & Sons, Ltd. et al. C. A. 2d Cir. Certiorari granted. *John W. Crandall* for petitioner in No. 121. *Solicitor General Perlman* for the United States, petitioner in No. 130. Reported below: 167 F. 2d 308.

No. 128. Farmers Reservoir & Irrigation Co. *v.* McComb, Wage & Hour Administrator; and

No. 196. McComb, Wage & Hour Administrator, *v.* Farmers Reservoir & Irrigation Co. C. A. 10th Cir. Certiorari granted. *Frank N. Bancroft, Walter W. Blood* and *John P. Akolt* for petitioner in No. 128. *Solicitor General Perlman, John R. Benney, William S. Tyson, Bessie Margolin* and *Sidney S. Berman* for respondent in No. 128. *Solicitor General Perlman* and *Mr. Tyson* for petitioner in No. 196. Reported below: 167 F. 2d 911.

No. 129. Urie *v.* Thompson, Trustee. Supreme Court of Missouri. Certiorari granted. *Louis N. Wolf*